# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date __12/14/16__   Case No. __4:16-CR-00166-CDP__
UNITED STATES OF AMERICA vs. __Raja Chellappa__

Judge __Honorable Catherine D. Perry__   Deputy Clerk __E. Brown__   Court Reporter __G. Madden__
Interpreter _____   Probation Officer __Ryan Wilke__

Assistant U.S. Attorney __Thomas Albus__
Defendant Attorney(s) __Gary Lauber__

[✓] Defendant/Parties present for imposition of sentence
[✓] Presentence Report adopted/accepted by Court as findings of fact   [✓] PSR filed under seal
[ ] Government's Motion is   [ ] granted   [ ] denied
[✓] No Objections to Presentence report filed by either party.
[ ] Objections to Presentence report filed by [ ] defendant [ ] government.
[ ] Objections to Presentence report heard and [ ] granted as follows: [ ] denied as follows:

[✓] Sentence imposed (see judgment)
[ ] Count(s) _____ dismissed on motion of AUSA
[ ] The Court makes the following recommendations to the Bureau of Prisons:

[ ] Defendant remanded to custody of the USMS
[ ] Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS   [ ] Surrender date _____
[✓] Defendant is released on Probation pending processing by USMS
[✓] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney.
[ ] Witness testimony (see witness list)
[ ] Exhibits returned to and retained by counsel (see exhibit list)
[ ] Letters received on behalf of defendant received and reviewed by the Court, and to be made part of the record and Filed Under Seal.
[ ]

Proceedings commenced __2:04__ p.m.  Concluded __2:31__ p.m.